Cause NO
7-14-00426-

FILED
JAN 27 2015
SEVENTH COURT OF APPEALS
VIVIAN LONG, CLERK

In Re:
R Wayne Johnson,
Relator,

MOTION To Declare TDCJ Rule VOID:

1) Germane hereto: "AGENCY rules that violate state laws are VOID." ENTERGY, 142 SW3d 316 (TX):

A) Disciplinary Rule: pg 11 (5)(b): "COUNSEL Substitute shall Advise the prisoner of their rights.." Crimes: Unauthorized Practice LAW: 38,123(2)- "Advise ANYONE of their rights.." 38,122 ALSO- 39.02, 39.03, 39.04 Penal Code: RABB, 346 SW3d 208-11- "lay persons, Agencies Excluded from practice of law.." UPLC, 261 SW3d 24-42- cites: 38,123..)

B) Article 15,17 C.C.P. (violated ALSO)"... shall Be taken to magistrate w-in 48 hrs To ADVISE of their Rights to AN attorney, EXAM Trial.." (Art 16.01 violated)

c) article 26.04 C.C.P (violated)

2) Rothgery, 128 Sct 2578-83- "...initial APPEArance before a Judicial officer marks start of ADVersary Judicial proceedings triggers 6th Amend right to counsel.." FABela, 431 SW3d 190-95-: Kirby, 92 Sct 1877- Brewer, 97 Sct 1232..

(1)

3) _Presence_ of _Defendant_: 33.03 C.C.P (violated): "all stages.." _Tovar_, 124 SCt 1379 - _HARVEY_, 110 SCt 1176..

4) _Competency_: (only By a Judge): "Correct MAN-Aged Health Care Policy; I: 71.1 (3); I. 68.3 (A) A08.1 (3); Mental Health _prohibited_ from "CLEAR-ing" ANY case: (A08.1 (7) - :468.003 C.C.P - _Ake_, - 105 SCt 1087 - _EDwards_, 128 SCt 2379..

A) _Ross_, 108 SCt 2273 - "When one does _not_ Recieve _all_ that is allowed By _state laws_, due process _is_ _denied_.."

5): Article 1, Sect 19 TX Const guarantees due process: _Jackson_, 994 SW2d 395.. (art 1, Sect 29 TX const - "all laws contrary hereto _shall_ be _VOID_.." _Dietz_, 940 SW2d 85-90 (TX)..

A) article 1, Section 1 TX const _mandates_ court Adhere To U.S. Sup ct - (Supremacy Clause) - _Eichelberger_, 582 SW2d 395 (TX). "As controlled By U.S. Sup ct.." _OWENS_, 380 SW3d 272-80 - "Bound By U.S. Sup ct per Supremacy Clause)

B) As _Nation obeys_: _Gideon_, 83 SCt 792 - _ARAND_ _A_, 86 SCt 1602. (ONLy U.S. Sup ct can "overrule own cases" - _Hatter_ (21 SCt 1782-90 - _Khan_, 118

*(2)*

275

6) _Castro_, 998 SW2d 935 (_Judicial_ proceedin-gs: _VOID_ ("he was not _Advised_ of the right TO AN attorney - denied _due process_; (157.163 FAM-code): _Archer_, 949 SW2d 314 (T+ -_SAME_) _Gonz-ales_, 945 SW2d 830 - _SAME_); 1.051 C.C.P)

7) cause NO 7-14-00384-_CR_ - "Johnson Rest-raint on _liberty_ (loss good-time) is a "_CRIMINAL-law matter_." _Welty_, 2008 TXApp-LEXIS-3276- _Greenville_, 798 SW2d 361..

A) _Geders_, 96 SCt 1330, "right to counsel vial-ated- 17 hrs, _OVER-Night_)..."

8) _Rule_ $\frac{VOID}{TWO}$: _Indigent PAPER_: "_REgulated_ 6lean (law library); _VIOlates_; U.S. SUP Ct; A); _Cruz_, 92 SCt 313 - Block _Judicial_ REv-iew - "Book" _rule_: (_Bexar_ county Jail)-, 91 SCt 1624; "_INVIdious_ discrimination on POVERTY") _Griffin_, 76 SCt 585.. (wealth suspect-class).. _Harper_, 86 SCt 1079.." (92 SCt 250)..

9) Time sheet proves 16,239 days must Be REstored for discharge - cases EXpunged, AS _VOID_..

10) article 11.40 "Prisoner Discharged":
"shall EXAM Writ –; {NO legal cause Be shown for the imprisonment or restraint tho legal at first, can't for any cause Be lawfully prolonged, shall Be discharged.."

Wherefore, Johnson moves court To Declare these rules VOID – EXPUNGE cases, restore all good time, or order respondents to do so, – AND, – Immediately release By a discharge: The VOID rules prevent Access To this court; – (NO due process), Ross, supra, order Appointment of counsel – See 5.05 (b) Discip Rule –; 8.101(– 3.01, – 8.04, – Joe, 60SW3d 896, – Johnson competency only By a Judge (pg2), – whereas Grante (psychologist) illegally "cleared" cases (crimes) prosecute SANS atty, due process – retaliate on mental ill, (VSMC 1968–71– PTSD)..

I declare all is true
28USC 1746.

Respectfully,
R Wayne Johnson

(4)

Rhawne Aikman 2823756
9601 Spur 591 Clements
Amarillo, TX 79107-9606 Unit

7th.
Court of Appeals
501 S. Fillmore
Amarillo, TX 79101

